UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **HAROLD CHAPMAN, #349954,** Plaintiff | **CIVIL DOCKET NO. 1:20-CV-1402-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN HOME,** Defendant | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 5], and after a *de novo* review of the record, noting the absence of objection, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 12th day of February 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE